# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN SLAMA, | 1:11-cv-00282-DLB (HC) |
| Petitioner, | ORDER VACATING ORDER TO SHOW CAUSE AND DENYING PETITIONER'S MOTION FOR STAY AS MOOT |
| v. | |
| KATHLEEN ALLISON, Warden | [Docs. 13, 14] |
| Respondent. | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on February 27, 2011, along with a motion to stay and hold the petition in abeyance while he returns to state court to exhaust certain claims.

On March 23, 2011, the Court denied Petitioner's motion for stay and abeyance. On May 9, 2011, the Court issued an order to show cause why the petition should not be dismissed.

On May 13, 2011, Petitioner filed a second motion for stay and abeyance.

On August 30, 2011, Petitioner filed a response to the order to show cause.

On September 21, 2011, Petitioner notified the Court that the state court remedies had been exhausted.

Because Petitioner indicates that the unexhausted claims have now been exhausted, his

motion for stay and abeyance shall be denied as moot,[1] and vacate the order to show.  In an order issued concurrently herewith, the Court will direct Respondent to file a response to the petition.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court's May 9, 2011, order to show cause is VACATED; and
2. Petitioner's motion for stay and abeyance is DENIED as MOOT.

IT IS SO ORDERED.

**Dated:  October 11, 2011**                             /s/ **Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is merely accepting Petitioner's statement as true but is not making any ruling on whether the state court remedies have in fact been exhausted.