# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN SLAMA, | 1:11-cv-00282-DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FOURTH MOTION FOR EXTENSION OF TIME |
| v. | |
| KATHLEEN ALLISON, Warden | [Doc. 45] |
| Respondent. | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Now pending before the Court is Petitioner's fourth motion for an extension of time to file a traverse to Respondent's answer. Petitioner requests an additional thirty days from May 7, 2012, in which to file his traverse. GOOD CAUSE having been demonstrated, Petitioner is granted an extension of time to and including **June 7, 2012,** within which to file a traverse. <u>Petitioner is advised that no further extensions of time will be granted unless upon a showing of extraordinary circumstances</u> as this is Petitioner's fourth extension.[1]

IT IS SO ORDERED.

Dated: May 23, 2012

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is aware of Petitioner's incarceration status, however, this fact alone does not render him any different than any other inmate who is litigating a case in this Court. In addition, the fact that Petitioner may be pursuing two different actions in this Court is of his own doing and Petitioner is responsible for litigating each action in a timely manner.