1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

ANTHONY DEAN SLAMA,                           1:11-cv-00282-DLB (HC)

10
                        Petitioner,           ORDER REGARDING PETITIONER'S
                                              REQUEST FOR JUDICIAL NOTICE AND
11          v.                                EXTENSION OF TIME

12                                            [Doc. 47]
KATHLEEN ALLISON, Warden
13                                            DEADLINE: JUNE 25, 2012
                        Respondent.
14  _____/

15

16          Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28

17  U.S.C. § 2254.

18          On May 30, 2012, Petitioner filed a request for judicial notice and extension of time to file

    a reply to Respondent's answer.  (Doc. 47.)
19

20          The Court has previously granted Petitioner four extensions of time to file a reply.  In the

21  last order dated May 23, 2012, the Court advised Petitioner that no further extensions of time

22  would be granted absent a showing of extraordinary circumstances.

23          In his request for judicial notice, Petitioner states that the delivery of this Court's prior

    orders has been delayed in the prison mailing process by approximately ten days.  Petitioner
24
    requests a further extension of 15 to 21 days because of the delay in receipt of the Court's orders.
25
    The current deadline for Petitioner's reply is June 7, 2012.  In the interest of justice, the Court
26
    ///
27
    ///
28

1

1 hereby grants Petitioner until **June 25, 2012**, to file his traverse.  As Petitioner concedes no

2 further extensions of time will be needed or granted.

3

4      IT IS SO ORDERED.

5      **Dated:   June 6, 2012**                    /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

2